SEATOMA CONVALESCENT CENTER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

COLBY MANOR, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

BRANCH VILLA HEALTH CARE CENTER, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

KLR ASSOCIATES, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-02188-6, Richard D. Hicks, J., entered December 9, 1993. *Affirmed in part* and *reversed*

*in part* by unpublished opinion per Houghton, A.C.J., concurred in by Fleisher, J. Pro Tem., and Haberly, J. Pro Tem. Now published at 82 Wn. App. 495.